IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, § § § | |
| PLAINTIFF, § | CIVIL ACTION NO. H-05-1768 |
| V. § § | |
| § | JURY TRIAL DEMANDED |
| KROGER TEXAS, L.P. § § | |
| DEFENDANT. | |

## DEFENDANT'S RESPONSE TO MOTION TO INTERVENE

Defendant Kroger Texas L.P. does not oppose the Motion to Intervene of Yolanda E. Washington and Subrena L. Tarver.

Dated August 2, 2005

Respectfully submitted,

/s/J. Bradley Spalding
J. Bradley Spalding
State Bar No. 00786253
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
713.951.9400 (Telephone)
713.951.9212 (Telecopier)

ATTORNEY-IN-CHARGE FOR DEFENDANT
KROGER TEXAS LP

Of Counsel
Allan King
State Bar No. 11433200
Fed. I.D. No. 3047
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 2600, LockBox 116
Dallas, Texas 75201.2931
214.880.8100 (Telephone)
214.880.0181 (Telecopier)

Yvette V. Gatling
State Bar No. 24007231
Fed. I.D. No. 24321
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, Texas 77010
713.951.9400 (Telephone)
713.951.9212 (Telecopier)

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served upon the following counsel on this 2nd day of August 2005 by certified mail, return receipt requested:

Rose Adewale-Mendes
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Houston District Office
1919 Smith Street, 7th Floor
Houston, Texas 77002

ATTORNEY FOR PLAINTIFF

Melissa Moore
MOORE & ASSOCIATES
Lyric Centre
440 Louisiana, Suite 710
Houston, Texas 77002

ATTORNEY FOR PLAINTIFFS - INTERVENORS

/s/J. Bradley Spalding
J. Bradley Spalding

Firmwide:80283219.1 026281.1218